Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Wallace Townsend* for petitioners.

No. 146. R. E. CRUMMER & Co. *v.* WARE ET AL. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Robert J. Pleus* for petitioner.

No. 147. OLDS ET AL. *v.* TOWN OF BELLEAIR. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Giles J. Patterson* for petitioners. *Mr. O. K. Reaves* for respondent.

No. 148. MILLER ET AL. *v.* LOUISVILLE & NASHVILLE RAILROAD Co. ET AL. October 12, 1942. Petition for writ of certiorari to the Supreme Court of Indiana denied. *Mr. Theodore Lockyear* for petitioners. *Mr. William L. Craig* for respondents.

No. 152. TERHUNE ET AL., EXECUTORS, *v.* WELCH, COLLECTOR. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Clement R. Lamson* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Bernard Chertcoff* for respondent. *Messrs. Hugh Satterlee* and *Wm. R. Green, Jr.* filed a brief, as *amici curiae,* in support of the petition.

No. 153. LUCKENBACH STEAMSHIP Co., INC. *v.* SOCIETA ANONIMA PARTECIPAZIONI INDUSTRIALI COMMER-

CIALI ET AL. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Lyman Henry* and *Frederick W. Dorr* for petitioner. *Messrs. S. Hasket Derby* and *Joseph C. Sharp* for the Hawaii Liquor Company et al.; and *Mr. W. F. Williamson* for the Societa Anonima Partecipazioni Industriali Commerciali et al.,—respondents.

No. 154. KEYSTONE FREIGHT LINES, INC. *v.* LEE WAY MOTOR FREIGHT, INC. ET AL. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. John B. Dudley* and *Duke Duvall* for petitioner.

No. 157. PHIPPS *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. David A. Reed* and *Norman D. Keller* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Joseph M. Jones* for respondent.

No. 159. MASON *v.* MERCED IRRIGATION DISTRICT. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. George T. Davis* and *Peter tum Suden* for petitioner. *Mr. Stephen W. Downey* for respondent.

Nos. 161 and 162. ESTATE OF LEVIS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writs of certiorari to the Circuit Court of Appeals